MIRTA RAMOS, Appellant, v RENATA VANJA WEBER, M.D., et al., Respondents.

Submitted December 28, 2015; decided February 18, 2016

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

Judge GARCIA taking no part.